# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION - CINCINNATI

| | |
|---|---|
| KATHRYN ELIZABETH WESTREICHER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, UNITED STATES ATTORNEY GENERAL, *et al.*, <br><br> Defendants. | Case No. 1:20-cv-00191 <br><br> District Judge Matthew W. McFarland |

## ORDER GRANTING JOINT MOTION TO SEAL U.S. CITIZENSHIP AND IMMIGRATION SERVICES' CERTIFIED ADMINISTRATIVE RECORD (Doc. 8)

Having reviewed the Joint Motion (Doc. 8) and its supporting memorandum, the Court finds that the Certified Administrative Record ("CAR") includes documents and materials related to the denial of Plaintiffs' I-130 petition, and many of the pages contain personal information including names, social security numbers, and dates of birth, as well as personal photos of individuals involved in this case. This information is subject to privacy protection under the Privacy Act, 8 U.S.C. § 552a(b) and Federal Rule of Civil Procedure 5.2, among other laws. Plaintiffs' interest in maintaining the privacy of these materials outweighs the public's interest, if any, in access to such materials. Accordingly, the Court **GRANTS** the Joint Motion to Seal the CAR and it shall remain sealed until further order of this Court.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _/s/ Matthew W. McFarland_
JUDGE MATTHEW W. McFARLAND